UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MITCHELL AND SAMANTHA HIGGINBOTHAM** | : | **DOCKET NO. 2:20-cv-01157** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CITY OF DEQUINCY ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 40] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Leave to Amend [Doc. 14], Motion to Remand [Doc. 18], and Motion for Attorney's Fees [Doc. 18] are **DENIED**. **IT IS ORDERED** that the City of DeQuincy be **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** in Chambers this 17th day of August, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**